UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

Timothy Ford,

          Plaintiff(s)

v.

Quorum Health Resources, LLC, et al.,

          Defendant(s)

Case Number 2:19-cv-142-jmc

**MAGISTRATE JUDGE ASSIGNMENT FORM**

NOTE: You must sign Part I or Part II below, and return this document to the Clerk's Office within 21 days. See the other side of this form for more information.

## PART I - CONSENT

Pursuant to 28 U.S.C. § 636(c), the undersigned (party) (counsel) to the above-captioned civil case voluntarily consents to have this case assigned to the Magistrate Judge for any and all further proceedings, including trial and entry of a final judgment, with direct review by the Second Circuit Court of Appeals if an appeal is filed.

Dated: _____

_____
Signature

_____
Print Name

Party(ies) Represented: _____

## PART II - OBJECTION TO ASSIGNMENT

The undersigned (party) (counsel) objects to the assignment of this matter to the Magistrate Judge and elects to have the case assigned to a District Judge.

Dated: OCT 1, 2019

Signature: [signed]

Print Name: Stephen D. Ellis

Party(ies) Represented: Plaintiff Timothy Ford