**United States District Court**
**Office of the Clerk**
District of Vermont
Federal Building
**Burlington, Vermont 05402-0945**

**Jeffrey S. Eaton**
Clerk

☒ P.O. Box 945
Burlington 05402-0945
(802) 951-6301

☐ P.O. Box 607
Rutland 05702-0607
(802) 773-0245

January 30, 2020

Stephen Ellis, Esq.
Paul Frank & Collins, P.C.
1 Church Street
P.O. Box 1307
Burlington, VT 05402-1307

Peter Joslin, Esq.
Theriault & Joslin, P.C.
141 Main Street, Suite 4
Montpelier, VT 05602

RE: *Ford v. Quorum Health Resources, L.L. C., et al.*
<u>Docket No. 2:19-cv-142</u>

Dear Counsel:

The stipulated discovery schedule required by Local Rule No. 26(a)(1)and (2) has not been filed in the above cited action. Please be advised that pursuant to Local Rule 26(a)(2), if the discovery schedule is not filed within the proper deadline, the case will be set for a scheduling conference.

Sincerely,

*/s/ Jennifer B. Ruddy*
Courtroom Deputy
(802) 951-6395 ext. 127

cc: Martha Van Oot, Esq.