**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

JEFFREY S. EATON
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

❏ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

February 7, 2020

Stephen D. Ellis, Esq.
Paul Frank + Collins PC
1 Church Street
P.O. Box 1307
Burlington, VT 05402-1307

Martha Van Oot, Esq.
Jackson Lewis P.C.
100 International Drive, Suite 363
Portsmouth, NH 03801

Peter B. Joslin, Esq.
Theriault & Joslin, P.C.
141 Main Street, Suite 4
Montpelier, VT 05602

Re: *Ford v. Quorum Health Resources, LLC et al.*
Docket No. 2:19-cv-142-cr

Dear Counsel:

Pursuant to Local Rule 16.1, the above-referenced case is subject to Early Neutral Evaluation (ENE). Based on relevant areas of practice and geographical proximity to the parties, provided below are potential evaluators from the Court's roster.[1]

Karen McAndrew, Esq., Burlington, Vermont
Leo A. Bisson, Jr., Esq., South Burlington, Vermont
Andrew D. Manitsky, Esq., Burlington, Vermont

The intention is that all parties strive to agree on one evaluator.[2] If all parties are unable to agree, each "side" may strike the name of one potential evaluator pursuant to L.R. 16.1(e)(1)(C). Parties also have the option of stipulating to an evaluator of their own choosing as set forth in L.R. 16.1(d)(4). [3]

Regardless of the method, please note that you are required to file your selection with the Court by **February 24, 2020.**

Please do not hesitate to contact me with any questions.

Sincerely,

*/s/ Emerson Howe*
Deputy Clerk
(802) 951-8113

---

[1] A full list of the Court's ENE roster is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.
[2] If selecting *any* evaluator from the full roster, use CM/ECF event *ENE Documents–Evaluator Selection Response.*
[3] If stipulating to evaluator not on roster under L.R. 16.1(d)(4), use CM/ECF event *ENE Documents–ENE by Stipulation.*