

802.658.2311
802.658.0042

STEPHEN ELLIS
sellis@pfclaw.com

February 25, 2020

**<u>VIA ECF FILING ONLY</u>**

Emerson Howe, Deputy Clerk
United States District Court
P.O. Box 945
Burlington, VT 05402-0945

Re: <u>Ford v. Quorum Health Resources, LLC, et al.</u>
 <u>Civil Action No. 2:19-cv-142-cr</u>

Dear Mr. Howe:

We represent the Plaintiff in this action. I am writing in response to your letter of February 7, 2020 (ECF Doc. 30).

The parties participated in a mediation session with Greg Clayton in December 2019, and have reached a settlement agreement, contingent upon approval of the Bankruptcy Court in two related Chapter 11 cases. We understand that a stipulated motion seeking such approval will be filed tomorrow.

Thank you.

Sincerely,

PAUL FRANK + COLLINS P.C.

Stephen Ellis

SDE:lsn

cc: Martha Van Oot, Esq.
 Peter B. Joslin, Esq.

7832605_1:13527-00001