

STEPHEN ELLIS
sellis@pfclaw.com

March 19, 2020

**VIA ECF FILING ONLY**

Emerson Howe, Deputy Clerk
United States District Court
P.O. Box 945
Burlington, VT  05402-0945

Re:   Ford v. Quorum Health Resources, LLC, et al.
      Civil Action No. 2:19-cv-142-cr

Dear Mr. Howe:

We represent the Plaintiff in this action.  We are writing to inform the Court that the Bankruptcy Court in the two related Chapter 11 cases has approved the stipulated motion approving the settlement in this case.  Accordingly, we anticipate filing a stipulation of dismissal with the Court in the near future.

Thank you.

Sincerely,

PAUL FRANK + COLLINS P.C.

Stephen Ellis

SDE:lsn

Cc:   Martha Van Oot, Esq.
      Peter B. Joslin, Esq.

7851944_1:13527-00001