UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| TIMOTHY FORD, )<br>     Plaintiff, )<br>      )<br>  v. )<br>      )<br>QUORUM HEALTH RESOURCES, LLC )<br>d/b/a "QUORUM HEALTH," )<br>SCOTT TOWLE, WILLIAM HOLMES, )<br>MICHAEL HALSTEAD and )<br>WAYNE SCHOLZ, GEORGE LAMB, )<br>RICHARD DEXTER, III, )<br>STEPHEN LYON, ERIC BIBENS, II, )<br>JOSHUA DUFRESNE, ROBERT FLINT, )<br>JOHN BOND, )<br>     Defendants. ) | CIVIL ACTION FILE NO. 2:19-cv-142 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys:

That pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this action be and hereby **is dismissed with prejudice** each party to bear its own costs and attorneys fees.

DATED at Burlington, Vermont, this 3rd day of April, 2020.

             TIMOTHY FORD

             BY:  PAUL FRANK + COLLINS P.C.

             By:  */s/ Stephen D. Ellis*
                Stephen D. Ellis
                One Church Street
                PO Box 1307
                Burlington, VT 05402-1307
                802-658-2311
                sellis@pfclaw.com

DATED at Montpelier, Vermont, this 3rd day of April, 2020.

        QUORUM HEALTH RESOURCES, LLC, d/b/a "QUORUM HEALTH," SCOTT TOWLE, WILLIAM HOLMES, MICHAEL HALSTEAD, and WAYNE SCHOLZ

        BY:  THERIAULT & JOSLIN, P.C.

        By:   */s/ Peter B. Joslin*
            Peter B. Joslin
            141 Main Street, Suite 4
            Montpelier, VT  05602
            (802) 223-2381
            pjoslin@tjoslin.com

DATED at Portsmouth, New Hampshire, this 3rd day of April, 2020.

        GEORGE LAMB, RICHARD DEXTER, III, STEPHEN LYON, ERIC BIBENS, II, JOSHUA DUFRESNE, ROBERT FLINT, and JOHN BOND

        BY:  JACKSON LEWIS, P.C.

        By:   */s/ Martha Van Oot*
            Martha Van Oot
            100 International Drive, Suite 363
            Portsmouth, NH  03801
            (603) 559-2700
            Martha.vanoot@jacksonlewis.com

7866740_1:13527-00001