UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

JEFFREY S. EATON
CLERK

☒ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

❑ P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

April 16, 2020

Gregory S. Clayton, Esq.
Clayton Mediation, LLC
P.O. Box 1016
Camden, ME 04843-1016

Re:  *Ford v. Quorum Health Resources, LLC et al.*
    Docket No. 2:19-cv-142-cr

Dear Attorney Clayton:

This is a reminder that the Court is awaiting the Evaluator's Report for the ENE session held December 16, 2019 in the above-captioned matter. Please file the Report as soon as possible. Refer to Local Rule 16.1(j) as to what should be contained in the Evaluator's Report.[1]

If you have any questions, please feel free to call me.

Sincerely,

*/s/ Emerson Howe*
Deputy Clerk
(802) 951-8113


cc:   Stephen D. Ellis, Esq.
     Peter B. Joslin, Esq.
     Martha Van Oot, Esq.

---

[1] An ENE Evaluator Report Form is available at http://www.vtd.uscourts.gov/early-neutral-evaluation-ene.