UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Timothy Ford_____, )
                             )
        Plaintiff(s),        )
                             )
v.                           )    Civil Action No. 2:19-cv-142-cr
                             )
Quorum Health Resources, LLC et al., )
                             )
        Defendant(s).        )

## EVALUATOR'S REPORT

Please select one:

| ✔ | First Session Report |
|---|---|
|   | Second Session Report |
|   | Third Session Report |
|   | Corrected/Revised Report |
|   | Supplemental Report |
|   | Other |

      Gregory S. Clayton_____, the Early Neutral Evaluator, reports pursuant to Local Rule

16.1 (j) on the ENE session in this matter as follows:

**(j)(1)(A):** **Date of session:**  **Start time:**  **Finish time:**
           12/16/2019                   10:00 am                8:45 pm

**(j)(1)(B):** **Names of attendees:**  **Role:**  **Settlement authority:**
(check only where applicable)

| Name | Role | Settlement authority |
|---|---|---|
| Timothy Ford | Plaintiff | ✔ |
| Stephen D. Ellis, Esq. | Plaintiff's counsel |  |
| George Lamb, Esq. | Defendant | ✔ |
| Richard Dexter, III | Defendant | ✔ |
| Stephen Lyon | Defendant | ✔ |
| Eric Bibens, II | Defendant | ✔ |
| Martha Van Oot, Esq. | Defense Counsel |  |
| Leonard Cooper | Markel Insurance | ✔ |
| Joshua Dufresne | Defendant | ✔ |
| John Bond | Defendant | ✔ |

| | |
|---|---|
| **(j)(1)(C):** | **Substitute arrangements regarding attendance:** <br> Alex Chardon, Esq., counsel for Quorum, attended telephonically as did Quorum representatives Chip Holmes and Stacey Donegan. |
| **(j)(1)(D):** | **Date parties' Evaluation Statements received by Evaluator:** <br>     **Plaintiff(s):**   **Date:** 12/13/2019 <br>     **Defendant(s):**   **Date:** 12/13/2019 |
| **(j)(1)(E):** | **Oral presentations:** <br> By agreement, waived. |
| **(j)(1)(F):** <br> **(j)(1)(F)(i):** | **Results of session:** <br> ✔ **Full settlement**      ☐ **Partial settlement** <br> ☐ **No settlement** |
| **(j)(1)(F)(ii):** | **Stipulation to narrow the scope of dispute:**      ✔ **N/A** |
| **(j)(1)(F)(iii):** | **Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:**      ✔ **N/A** |
| | **Scheduling another ENE session:**      ☐ **Yes**      ✔ **No** |

**Other comments** (please refer to L.R. 16.1(j)(2)):
Additional participants:
Andrew C. Helman, Esq. Counsel for Springfield Medical Care Systems; Sarah Cornwell, Esq. for Plaintiff; D. Sam Anderson, Esq., for Springfield Hospital; Amanda Chaffee; Ansely Ford

       Dated at <u>Camden, Maine</u> on this <u>21st</u> day of <u>April</u>, <u>2020</u>.

                                                  /s/ Gregory S. Clayton

                                                  Evaluator

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Timothy Ford                              ,    )
                                               )
                    Plaintiff(s),              )
                                               )
         v.                                    )    Civil Action No. 2:19-cv-142-cr
                                               )
Quorum Health Resources, LLC et al.       ,    )
                                               )
                    Defendant(s).              )

## CERTIFICATE OF SERVICE

I, Gregory S. Clayton, the Early Neutral Evaluator in the above-referenced matter, do hereby certify that on the 21st day of April, 2020, I served a copy of the foregoing Evaluator's Report on the parties as indicated below.

| Stephen D. Ellis, Esq. Peter B. Joslin, Esq., & Martha Van Oot, Esq. | ✔ CM/ECF ___ U.S. Mail ___ Hand | Other counsel not of record copied by e-mail | ___ CM/ECF ___ U.S. Mail ___ Hand | | ___ CM/ECF ___ U.S. Mail ___ Hand |

Dated at Camden, Maine on this 21st day of April, 2020.

/s/ Gregory S. Clayton
_____
Evaluator